**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JIMMY LEE NOWLIN, JR.**                                                **PLAINTIFF**

**v.**                     **No. 4:15–CV–00488-SWW–JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                 **DEFENDANT**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Jerome T. Kearney. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff Jimmy Lee Nowlin, Jr.'s lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 12th day of April 2016

                                              /s/Susan Webber Wright
                                              UNITED STATES DISTRICT JUDGE